**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 86 EAL 2019
               : 
         Respondent      :
               :   Petition for Allowance of Appeal from
               :   the Order of the Superior Court
        v.               :
               :
               :
IRA A.JOHNSON,          :
               :
         Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.